IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02511-WJM-MJW

STEPHAN TANNENBAUM and
SUSAN TANNENBAUM,

Plaintiffs,

v.

BANK OF AMERICA, N.A. and
U.S. BANK NATIONAL ASSOCIATION,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate Pre-Trial Conference and Other Pretial [sic] Requirements Due to Settlement (Docket No. 28) is granted to the extent that the Scheduling Conference set on December 9, 2013, at 10:00 a.m. is VACATED, but it is further

     ORDERED that a Telephone Status Conference shall instead be held on December 9, 2013, at 10:00 a.m.  Plaintiffs' counsel shall set up the conference call, and once all counsel are on the line, shall then call the court at (303) 844-2403.

Date: November 27, 2013